JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS GEORGE MISKAM, | Case No.  ED CV 16-02494 JFW (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| SCOTT KERNAN, Secretary of CDCR, | |
| Respondent. | |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED:  January 17, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE